UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAURICE OLIVER,<br><br>        Plaintiff,<br><br>   vs.<br><br>T. KLEE,<br><br>        Defendant. | Case No: C 11-3663 SBA (PR)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: September 30, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge